FILED'08 SEP 29 15:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRECISION AUTOMATION, INC., a Washington corporation, and TIGERSTOP LLC, an Oregon corporation, | 07-CV-707-AC<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| TECHNICAL SERVICES, INC., an Iowa corporation, and DAVID KREVANKO, an individual, | |
| Defendants. | |

BROWN, Judge.

  Magistrate Judge John V. Acosta issued Findings and Recommendation (#154) on August 15, 2008, and on September 3, 2008, as modified by Order issued August 18, 2008, in which he recommends this Court grant in part and deny in part Defendants' Motion (#122) to Dismiss Portions of Plaintiff's Second Amended Complaint and grant Plaintiffs leave to amend their Second Amended Complaint. The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#154) filed August 15, 2008, and as modified on September 3, 2008, by Order issued August 18, 2008. Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendants' Motion to Dismiss (#122) Portions of Plaintiff's Second Amended Complaint.

The Court also grants Plaintiffs leave to amend their Second Amended Complaint consistent with the Findings and Recommendation no later than October 20, 2008

IT IS SO ORDERED.

DATED this 29th day of September, 2008.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER