IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PRECISION AUTOMATION, INC.,<br>a Washington Corporation, and<br>TIGERSTOP LLC, an Oregon<br>corporation, | 07-CV-707-AC<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| TECHNICAL SERVICES, INC., an Iowa<br>corporation, | |
| Defendant. | |
| _____ | |
| TECHNICAL SERVICES, INC., an Iowa<br>corporation, and DAVID KREVANKO,[1]<br>an individual, | |
| Counterclaim Plaintiffs, | |
| v. | |
| PRECISION AUTOMATION, INC.,<br>a Washington Corporation, and<br>TIGERSTOP LLC, an Oregon<br>corporation, | |
| Counterclaim Defendants. | |

BROWN, Judge.

---

[1] David Krevanko was dismissed as a Defendant on February 9, 2009.

1 - ORDER

Magistrate Judge John V. Acosta issued Findings and Recommendation (#284) on February 16, 2010, in which he recommends this Court award David Krevanko $129,432.15 in attorneys' fees and costs. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#284). Accordingly, the Court awards Krevanko attorneys' fees and costs in the sum of **$129,432.15**.

IT IS SO ORDERED.

DATED this 16th day of March, 2010.

/s/  Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER